154 A.3d 694

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH G. GELLENE, DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005084-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 694

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RADIVINE R. ALLAH (A/K/A RADIVINE RAY ALLAH, ALLAH RADIVINE, RADIVIE ALLAH, DIVINE ALLAH, REFINE ALLAH, MEDICINE MAN, JOHN MITCHELL, ROBERT BROWN, ROBERT R. BROWN), DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003996-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.